IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIRGIL TALLEY,
      Plaintiff,

vs.                                           Case No. 3:07cv246/RV/EMT

UNITED STATES OF AMERICA, et al.,
      Defendants.
_____/

# O R D E R

This cause is before the court on Plaintiff's "Notice/Affidavit in Response to Order Dated 6/19/07 [Doc. 5] Regarding Filing Fee" (Doc. 6), which shall be construed as a motion to reconsider. On June 19, 2007, the court ordered Plaintiff to pay the filing fee of $350.00 or submit a fully completed motion to proceed in forma pauperis (*see* Doc. 5 at 1–2). In the instant motion, Plaintiff proposes that the court "[t]ake the filing/registration fee from the Bond (private) . . ." (Doc. 6 at 1).[1] Plaintiff also states "that no lawful money of account exists in circulation," citing to a United Nations commission on international trade law (*id.*). Next, Plaintiff suggests that the court "[d]ischarge the filing/registration fee in accordance with House Joint Resolution 192, June 5, 1933 . . . [which] states that no one including a legal entity cannot [sic] demand a certain form of currency that they want to receive if it is dollar for dollar as all currency is the PLAINTIFF's Credit [sic]" (*id.* at 2). Plaintiff also suggests that the court waive the filing fee "in accordance with the above [resolution] and agreement Congress has created as a remedy under the Hague Conventions . . ." (*id.*). Finally, Plaintiff appears to argue that the Uniform Commercial Code ("UCC") and "Federal Common Law" authorize him to pay with a "negotiable instrument," such as a written promise to pay (e.g., a note) (*see id.* at 2–3). In support of his argument, Plaintiff cites to various international conventions regarding the exchange of commercial instruments (*see id.*).

---

[1] The court notes that no bond has been posted in this case.

Plaintiff has failed to show that the order issued June 19, 2007 was clearly erroneous or contrary to law; therefore, the motion for reconsideration shall be denied.  Plaintiff is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Accordingly, it is **ORDERED**:

1.       Plaintiff's "Notice/Affidavit in Response to Order Dated 6/19/07 Regarding Filing Fee" (Doc. 6), construed as a motion for reconsideration, is **DENIED**.

2.       The time for Plaintiff's response to this court's order of June 19, 2007 is hereby extended as follows.  Within **TWENTY (20) DAYS** from the date of docketing of this order, Plaintiff shall (1) pay the filing fee of $350.00, or (2) submit a fully completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate, including an attached computer printout of the transactions in his prison account.

3.       Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this  20th  day of July 2007.


*/s/ Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**