IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VIRGIL TALLEY,
    Plaintiff,

vs.                                     Case No.: 3:07cv246/RV/EMT

UNITED STATES OF AMERICA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On July 23, 2007, Plaintiff was given until August 12, 2007, to either pay the filing fee or submit a fully completed motion to proceed in forma pauperis (IFP) (*see* Doc. 7 at 2). The court's order was returned without delivery because Plaintiff was no longer housed at the Federal Detention Center in Miami, Florida (*see* Doc. 8); therefore, on August 14, 2007, the court extended the time for Plaintiff to either pay the filing fee or submit a fully completed IFP motion to September 3, 2007 (*see* Doc. 9 at 1–2). This order granting Plaintiff an extension was mailed to him at his new address and was not returned without delivery (*see* docket entry 9 and remaining docket). Plaintiff failed to respond to the order; therefore, on September 6, 2007, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 11). The time for compliance with the show cause order has now elapsed with no response from Plaintiff.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 2nd day of October 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**